# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JIMMY L. LINDSEY,               :   No. 177 MM 2018
                                :
              Petitioner        :
                                :
                                :
          v.                    :
                                :
                                :
COURT OF COMMON PLEAS FOR       :
COLUMBIA COUNTY,                :
                                :
              Respondent        :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of January, 2019, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus prompting action by the Court of Common Pleas of Columbia County, are GRANTED.

The Court of Common Pleas of Columbia County is DIRECTED to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Columbia County.